UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

              -against-

BRIAN RAUL DEL VALLE-SANTOS

                                  Defendant(s).
-----------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR
TELE CONFERENCE**

21 -CR-342( )( )

Defendant ____BRIN RAUL DEL VALLE-SANTOS_____ hereby voluntarily
consents to participate in the following proceeding via _X__ videoconferencing or ____
teleconferencing:

____      Initial Appearance Before a Judicial Officer

_X__     Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of
          Indictment Form)

____      Bail/Detention Hearing

____      Conference Before a Judicial Officer


Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

BRIAN RAUL DEL VALLE-SANTOS__
Print Defendant's Name

Defendant's Counsel's Signature

DOMENICK J. PORCO_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

5-25-2021
Date

U.S. District Judge/U.S. Magistrate Judge